AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| WILDEARTH GUARDIANS and WESTERN WATERSHEDS PROJECT,<br>*Plaintiff*<br>v.<br>KRISTIN BAIL, and U.S. FOREST SERVICE,<br>v.<br>S. MARTINEZ LIVESTOCK,<br>*Defendant/Defendant-Intervenor* | Civil Action No. 2:20-CV-0440-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: 1. Plaintiff's Motion for Summary Judgment (ECF No. 65) is DENIED.
2. The Forest Service Defendants' Cross-Motion for Summary Judgment (ECF No. 69) is GRANTED.
3. Defendant-Intervenor's Cross Motion for Summary Judgment (ECF No. 71) is GRANTED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE

on the parties' cross-motions for summary judgment. ECF Nos. 65, 69, 71.

Date: June 7, 2022

CLERK OF COURT

SEAN F. McAVOY

*s/ B. Fortenberry*
*(By) Deputy Clerk*

B. Fortenberry